FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

98 JAN 22 AM 10: 48

RALPH L. DeLOACH
CLERK
BY _____ DEPUTY
AT KANSAS CITY, KS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| vs. | ) No. 98-20005-01-KHV |
| **BRIAN C. PRINCE,** | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about November 26, 1997, in the District of Kansas, the defendant,

BRIAN C. PRINCE,

by force, violence, and intimidation, took from the person and presence of teller Kathryn Vervaecke approximately $550.00 belonging to and in the care, custody, control, management, and possession of NationsBank, 9500 Mission Road, Overland Park, Kansas, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation. This in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL.

_Kathleen Jenkin_
FOREMAN

Dated: 1-21-98

*[signature]*
JACKIE N. WILLIAMS
United States Attorney
District of Kansas
1200 Epic Center
301 North Main
Wichita, Kansas 67202
Ks. S. Ct. No. 07333

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

(Penalties:   NMT 20 years, NMT $250,000, NMT 3 years S.R.)

Bond Fixed At: $ *Detention*

*[signature]*
U.S. DISTRICT JUDGE

2